PEOPLE ex rel. COOK v. PITTS, Sheriff.

(Supreme Court, Appellate Division, Third Department. January 19, 1906.)

CRIMINAL LAW—CERTIFICATE OF CONVICTION—COMPLIANCE WITH STATUTORY FORM.

The words, "having thereupon pleaded guilty, it is adjudged," etc., in a certificate of conviction, substantially comply with the words, "having been thereupon convicted upon a plea of guilty, it is adjudged," etc., contained in Code Cr. Proc. §§ 721, 722, prescribing a form of certificate of conviction, and the certificate, otherwise in statutory form, is sufficient.

Appeal from Special Term, Albany County.

Proceedings by the people, on the relation of Rudolph Cook, for a writ of habeas corpus, against Sebastian W. Pitts, as sheriff of Albany county. From an order discharging relator from imprisonment, defendant appeals. Reversed.

Argued before PARKER, P. J., and SMITH, CHESTER, KELLOGG, and COCHRANE, JJ.

George Addington, Dist. Atty. (Robert H. McCormic, Asst. Dist. Atty., of counsel), for appellant.

Edward J. Brennan (Mark Cohn, of counsel), for respondent.

JOHN M. KELLOGG, J. This case is governed by the rule in People ex rel. Bidwell v. Pitts, as Sheriff, etc. (decided at this term of court) 97 N. Y. Supp. 509. The certificate uses the words, "having thereupon pleaded guilty, it is adjudged," etc., while the statutory form (Code of Criminal Procedure, §§ 721, 722) uses the words, "having been thereupon convicted upon a plea of guilty, it is adjudged," etc., but it has been held this is a substantial compliance with the statutory form, as upon a plea of guilty the only duty of the court is to sentence. People ex rel. Evans v. McEwen, 67 How. Prac. 105, 113.

The order appealed from is therefore reversed, the writ of habeas corpus quashed, and the relator remanded to the custody of said sheriff, as custodian of said penitentiary, to serve the balance of his term. All concur.

---

PEOPLE ex rel. BIDWELL v. PITTS, Sheriff.

(Supreme Court, Appellate Division, Third Department. January 19, 1906.)

Appeal from Special Term, Albany County.

Proceedings by the people, on the relation of William Bidwell, for a writ of habeas corpus, against Sebastian W. Pitts, as sheriff of Albany county. From an order discharging relator from custody, defendant appeals. Reversed.

Argued before PARKER, P. J., and SMITH, CHESTER, KELLOGG, and COCHRANE, JJ.

PER CURIAM. Order reversed, writ of habeas corpus quashed, and relator remanded to the custody of the sheriff of Albany county, as custodian of the penitentiary, to serve balance of his term, on the authority of People ex rel. George Bidwell v. Pitts, as sheriff, etc. (decided at this term) 97 N. Y. Supp. 509.